**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antwain Devon MITCHELL, a.k.a.**
**Baby Jesus, a.k.a. Water,**
**Defendant–Appellant.**

**No. 10–10077**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 24, 2011.

Roberta Josephina Bodnar, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, A. Brian Albritton, David P. Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Peter Warren Kenny, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for Antwain Devon Mitchell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mitchell's convictions and sentences are **AFFIRMED.**